22-44-cv
*Libertarian Party of New York v. New York State Board of Elections*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-two.

Present:
>      JON O. NEWMAN,
>      JOHN M. WALKER, JR.,
>      EUNICE C. LEE,
>           *Circuit Judges*.

_____

LIBERTARIAN PARTY OF NEW YORK, ANTHONY D'ORAZIO, LARRY SHARPE, GREEN PARTY OF NEW YORK, GLORIA MATTERA, PETER LAVENIA,

         *Plaintiffs-Appellants*,

      v.                                                                      22-44-cv

NEW YORK STATE BOARD OF ELECTIONS, PETER S. KOSINSKI, AS THE CO-CHAIR OF THE NEW YORK STATE BOARD OF ELECTIONS, DOUGLAS A. KELLNER, AS THE CO-CHAIR OF THE NEW YORK STATE BOARD OF ELECTIONS, ANDREW J. SPANO, AS A COMMISSIONER OF THE NEW YORK STATE BOARD OF ELECTIONS, TODD D. VALENTINE, AS CO-EXECUTIVE DIRECTOR OF THE NEW YORK STATE BOARD OF ELECTIONS, ROBERT A. BREHM, CO-EXECUTIVE

DIRECTOR OF THE NEW YORK STATE BOARD OF ELECTIONS,

*Defendants-Appellees.*

_____

For Plaintiffs-Appellants:    JAMES OSTROWSKI (Michael Kuzma, *on the brief*), Buffalo, New York.

For Defendants-Appellees:    ELLIOT HALLAK (Daniel R. LeCours, Thomas J. Garry, Kyle D. Gooch, *on the brief*), Harris Beach PLLC, Albany, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Koeltl, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiffs Libertarian Party of New York, Anthony D'Orazio, Larry Sharpe, Green Party of New York, and Peter LaVenia appeal from the district court's grant of summary judgment in favor of defendants, 576 F.Supp.3d 151 (S.D.N.Y. 2021). We assume the parties' familiarity with the facts and procedural history of the case, and the arguments on appeal.

Having reviewed the district court's grant of summary judgment *de novo*, *Delaney v. Bank of Am. Corp.*, 766 F.3d 163, 167 (2d Cir. 2014), and considered the parties' arguments on appeal, we affirm substantially for the reasons stated by the district court in its Opinion and Order dated December 22, 2021.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court